## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

INSIGHT KENTUCKY PARTNERS II, L.P.

                  Plaintiff,

    vs.

LOUISVILLE/JEFFERSON COUNTY
METRO GOVERNMENT,

LOUISVILLE METRO COUNCIL

                Defendants.

Case No. 3:16-cv-625-CHB-CHL

## JOINT STIPULATION OF DISMISSAL

Pursuant to the Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff

Insight Kentucky Partners II, L.P. ("Insight"), and Defendants Louisville/Jefferson County Metro

Government and Louisville Metro Council, hereby stipulate to the dismissal, with prejudice, of

Insight's claims against Defendants, with each party to bear its own costs and attorneys' fees.

-2-

Respectfully submitted,

Date:  March 13, 2019

/s/ *Tillman L. Lay* (with permission)
Tillman L. Lay*
Peter J. Hopkins*
SPIEGEL & MCDIARMID LLP
1875 Eye Street NW, Suite 700
Washington, D.C. 20006
(202) 879-4000
tim.lay@spiegelmcd.com
peter.hopkins@spiegelmcd.com

Michael J. O'Connell
Jefferson County Attorney

Matthew J. Golden
Director, Civil Division
531 Court Place, Suite 900
Louisville, KY 40202
(502) 574-6333
matt.golden@louisvilleky.gov

*admitted to practice *pro hac vice*

***Counsel for Louisville/Jefferson
County Metro Government and
Louisville Metro Council***

Date:  March 13, 2019

/s/ *Paul A. Werner*
Michael W. Oyler
Trevor L. Earl
REED WEITKAMP SCHELL & VICE
PLLC
500 West Jefferson Street, Suite 2400
Louisville, KY  40202
Telephone: (502) 589-1000
Facsimile: (502) 562-2200
moyler@rwsvlaw.com
tearl@rwsvlaw.com

Gardner F. Gillespie*
Paul A. Werner*
J. Aaron George*
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
Telephone: (202) 747-1900
Facsimile: (202) 747-1901
ggillespie@sheppardmullin.com
pwerner@sheppardmullin.com
ageorge@sheppardmullin.com

*admitted to practice *pro hac vice*

***Counsel for Insight Kentucky Partners II,
L.P.***

## **CERTIFICATE OF SERVICE**

On March 13, 2019, I electronically filed this document through the ECF system, which will send a notice of electronic filing to the attorneys of record.


*Paul A. Werner*
Paul A. Werner